IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOEL GERBER, on behalf of himself and all others similarly situated, )<br>)<br>)<br>Plaintiff, )<br>v. )<br>) C.A. No.<br>C. HARRY KNOWLES, RICHARD C. CLOSE, )<br>JANET H. KNOWLES, JOHN H. MATHIAS, )<br>STANTON L. MELTZER, HSU JAU NAN, )<br>WILLIAM RULON-MILLER, FRANCISCO )<br>PARTNERS, II, L.P., FP-METROLOGIC, LLC, )<br>METEOR HOLDING CORPORATION, )<br>METEOR MERGER CORPORATION, )<br>ELLIOTT ASSOCIATES, L.P., ELLIOTT )<br>INTERNATIONAL, L.P., METROLOGIC )<br>INSTRUMENTS, INC., )<br>)<br>Defendants. ) | |

### PLAINTIFF'S MOTION FOR A
### TEMPORARY RESTRAINING ORDER

For the reasons stated in the Brief in Support of Plaintiff's Motion for Temporary Restraining Order, Plaintiff Joel Gerber ("Gerber"), by his attorneys, hereby moves for a temporary restraining order (with notice having been given to Defendants).

WHEREFORE, Plaintiff respectfully requests that this Court enter a temporary restraining order that:

(i) Prohibits Defendants from soliciting proxies and shareholder support for the shareholder vote on the proposed merger between Metrologic Instruments, Inc. ("Metrologic") and Meteor Holding Corporation (the "Proposed Merger");

(ii) Prohibits the Defendants from distributing false and misleading information to Metrologic's shareholders regarding the Proposed Merger;

    (iii)    Requires Defendants to issue corrective disclosures; and

    (iv)    Grants Plaintiff such other relief as the Court deems just and appropriate under the circumstances, including attorneys' fees.

Dated: December 8, 2006

RIGRODSKY & LONG, P.A.

*/s/ Brian D. Long*

Seth D. Rigrodsky, Esquire (ID # 3147)
Brian D. Long, Esquire (ID # 4347)
919 N. Market Street, Suite 980
Wilmington, DE 19801
Tel:   (302) 295-5310

*Attorneys for Plaintiff*

OF COUNSEL:

KIRBY, MCINERNEY & SQUIRE, LLP
Ira M. Press, Esquire
830 Third Avenue
New York, NY 10022
Tel: (212) 317-2300

## CERTIFICATE OF SERVICE

I, Brian D. Long, hereby certify that on this 8th day of December, 2006, I caused a true and correct copy of Plaintiff's Motion for a Temporary Restraining Order to be conventionally filed with the Clerk of the Court with copies be served upon the following via e-mail and first class mail:

Louis R. Moffa, Jr., Esquire
Ballard Spahr Andrews & Ingersoll, LLP
Plaza 1000 - Suite 500
Main Street
Voorhees, NJ 08043-4636

Kenneth M. Murray, Esquire
Wilson Sonsini Goodrich & Rosati, P.C.
1301 Avenue of the Americas, 40th Floor
New York, NY 10019

Geoffrey A. Kahn, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599

Angelo A. Stio, III, Esquire
Pepper Hamilton, LLP
300 Alexander Park
Princeton, NJ 08543

Robert L. Hickok, Esquire
Pepper Hamilton, LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799

David J. Berger, Esquire
Wilson Sonsini Goodrich & Rosati, P.C.
650 Page Mill Road
Palo Alto, CA 94304

Elizabeth M. Saunders, Esquire
Wilson Sonsini Goodrich & Rosati, P.C.
One Market, Spear Tower, Suite 3300
San Francisco, CA 94105

Wolfgang Heimerl, Esquire
Heimerl Law Firm
1 Anderson Road, Suite 105
Bernardsville, NJ 07924

David Parker, Esquire
Marc Rosen, Esquire
Kleinberg, Kaplan, Wolff & Cohen, P.C.
551 Fifth Avenue
New York, NY 10176

Gregory B. Reilly, Esquire
John D. Schupper, Esquire
Lowenstein Sandler
65 Livingston Avenue
Roseland, NJ 07068-1791

_____
Brian D. Long (ID #4347)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOEL GERBER, on behalf of himself and all others similarly situated, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) C.A. No. |
| C. HARRY KNOWLES, RICHARD C. CLOSE, JANET H. KNOWLES, JOHN H. MATHIAS, STANTON L. MELTZER, HSU JAU NAN, WILLIAM RULON-MILLER, FRANCISCO PARTNERS, II, L.P., FP-METROLOGIC, LLC, METEOR HOLDING CORPORATION, METEOR MERGER CORPORATION, ELLIOTT ASSOCIATES, L.P., ELLIOTT INTERNATIONAL, L.P., METROLOGIC INSTRUMENTS, INC., | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

[PROPOSED] ORDER

WHEREAS, Plaintiff has filed a Motion For Temporary Restraining Order dated December 8, 2006, (D.I. ____) requesting the Court to issue a temporary restraining order precluding defendants from, among other things, soliciting proxies and shareholder support for a proposed merger between Metrologic Instruments, Inc. ("Metrologic") and Meteor Holding Corporation (the "Proposed Transaction");

NOW THEREFORE, IT IS HEREBY ORDERED that:

1.  A hearing will be held to consider the above-referenced motion on December _____, 2006 at _____ in Courtroom _____ on the _____ Floor, Boggs Federal Building, Wilmington, Delaware.

2

2. The Court has allocated _____ minutes per side for the parties' presentation related to the Motion.

3. Defendants shall file any response to Plaintiff's Motion by December _____, 2006.

4. Plaintiff shall provide defendants with Notice of this Order.


Dated: December \_\_\_\_, 2006              _____
                                                                    J.