IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOEL GERBER, on behalf of himself and all, others similarly situated,<br>       Plaintiff.<br><br>v.<br><br>C. HARRY KNOWLES, RICHARD C. CLOSE, JANET H. KNOWLES, JOHN H. MATHIAS, STANTON L. METZER, HSU JAU NAN, WILLIAM RULON-MILLER, FRANCISCO PARTNERS, II, FP-METROLOGIC, LLC, METEOR HOLDING CORPORATION, METEOR MERGER CORPORATION, ELLIOTT ASSOCIATES, L.P., ELLIOTT INTERNATIONAL, L.P., METROLOGIC INSTRUMENTS, INC.<br><br>       Defendant. | :<br>:<br>:<br>:<br>:<br>:   CA No. 06-747 (UNA)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## **MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

      William M. Kelleher, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission *pro hac vice* of Louis R. Moffa, Jr., of the law firm of Ballard Spahr Andrews & Ingersoll, LLP, Plaza 1000 – Suite 500, Main Street, Voorhees, New Jersey 08043 to represent Metrologic Instruments, Inc., Richard C. Close, John H. Mathias, Stanton L. Meltzer, Hsu Jau Nan, and William Rulon-Miller (the "Defendants"), in this action.

Dated: December 12, 2006

BALLARD SPAHR ANDREWS & INGERSOLL, LLP

By: /s/ William M. Kelleher
     William M. Kelleher, Esquire (No. 3961)
     919 Market Street, 12th Floor
     Wilmington, DE 19801
     Phone: (302) 252-4465
     Facsimile: (302) 252-4466
     E-mail: kelleherw@ballardspahr.com

Counsel for the Defendants

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to District Court Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New Jersey, the Commonwealth of Pennsylvania, the District of Columbia, and the United States Supreme Court, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid the Clerk of Court for District Court.

Dated: December 12, 2006

By: _____
Louis R. Moffa, Jr., Esquire
Ballard Spahr Andrews & Ingersoll, LLP
Plaza 1000 – Suite 500
Main Street
Voorhees, NJ 08043-4636
Phone: (856) 761-3400
Facsimile: (856) 873-9041
E-mail: moffal@ballardspahr.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**BY THE COURT:**

Dated: _____       _____
                                                                        United States District Court Judge

## **CERTIFICATE OF SERVICE**

I, William M. Kelleher, Esquire, hereby certify that on this 12th day of December, 2006, I caused a true and correct copy of the foregoing Motion and Order for Admission Pro Hac Vice, to be served on the attached service list in the manner indicated.

Dated: December 12, 2006
      Wilmington, Delaware

                                BALLARD SPAHR ANDREWS & INGERSOLL, LLP

                                /s/ William M. Kelleher
                                William M. Kelleher, Esquire (No. 3961)

**VIA FIRST CLASS MAIL**

Kenneth M. Murray, Esquire
Wilson Sonsini Goodrich & Rosati, P.C.
1301 Avenue of the Americas, 40th Floor
New York, NY 10019

Angelo A. Stio, III, Esquire
Pepper Hamilton, LLP
300 Alexander Park
Princeton, NJ 08543

Robert L. Hickok, Esquire
Pepper Hamilton, LLP
300 Two Logan Square
eighteenth and Arch Streets
Philadelphia, PA 19103-2799

David L. Berger, Esquire
Wilson Sonsini Goodrich & Rosati, P.C.
650 Page Mill Road
Palo Alto, CA 94304

Elizabeth M. Saunders, Esquire
Wilson Sonsini Goodrich & Rosati, P.C.
One Market, Spear Tower, Suite 3300
San Francisco, CA 94105

Wolfgang Heimerl, Esquire
Heimerl Law Firm
1 Anderson Road, Suite 105
Bernardsville, NJ 07924

David Parker, Esquire
Marc Rosen, Esquire
Kleinberg, Kaplan, Wolff & Cohen, P.C.
551 Fifth Avenue
New York, NY 10176

Gregory B. Reilly, Esquire
John D. Schupper, Esquire
Lowenstein Sandler
65 Livingston Avenue
Roseland, NJ 07068-1791