OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

December 15, 2006

William T. Walsh, Clerk
United States District Court
Martin Luther King, Jr. Federal Building
 and Courthouse
P. O. Box 419
Newark, New Jersey  07101

      RE:   Gerber, et al. v. Knowles, et al.
               Civil Action No. 06-747 JJF (District of Delaware)

Dear Mr. Walsh:

Pursuant to an order transferring the above captioned case to your Court, enclosed please find the following items:

( X )  Certified copy of the docket sheet;
( X )  Certified copy of the Order of Transfer;
(   )  Original case file documents (if applicable);

Please note that the electronic case filings can be accessed through PACER by selecting the CM/ECF link on our web site at www.ded.uscourts.gov.

Please acknowledge receipt of the above items on the attached copy of this letter.

Sincerely,

Peter T. Dalleo, Clerk of Court

By: _____
          Deputy Clerk

Enc.

**I hereby acknowledge receipt of the above listed items on** _____.

_____
**Signature**