OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

RECEIVED-CLERK
U.S. DISTRICT COURT

2007 DEC 21  A 10:12

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

December 15, 2006

William T. Walsh, Clerk
United States District Court
Martin Luther King, Jr. Federal Building
  and Courthouse
P. O. Box 419
Newark, New Jersey  07101

06cv6008 (RMB)

    RE:    Gerber, et al. v. Knowles, et al.
            Civil Action No. 06-747 JJF (District of Delaware)

Dear Mr. Walsh:

Pursuant to an order transferring the above captioned case to your Court, enclosed please find the following items:

( X )  Certified copy of the docket sheet;
( X )  Certified copy of the Order of Transfer;
(   )  Original case file documents (if applicable);

Please note that the electronic case filings can be accessed through PACER by selecting the CM/ECF link on our web site at www.ded.uscourts.gov.

Please acknowledge receipt of the above items on the attached copy of this letter.

Sincerely,

Peter T. Dalleo, Clerk of Court

By: _____Deborah L. Krett_____
        Deputy Clerk

Enc.

I hereby acknowledge receipt of the above listed items on __12/21/06__.

_____
Signature

